

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CLAUDIA PATRICIA ROCHA SOLIS, | § | No. 08-18-00101-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03568) |
| | § | |

**O R D E R**

On January 25, 2019, the Court granted the State's motion to forward the documentary portion of State's Exhibit 6 entitled "Property and Evidence Voucher". *See* TEX.R.APP.P. 34.6(g). In compliance with the Court's order, the "Property and Evidence Voucher" exhibit has been filed with the Court.

Appellant subsequently filed an objection to our January 25, 2019 order because the Court ruled on the State's motion without first giving Appellant an opportunity to respond. An appellate court is generally required to wait ten days before ruling on a motion. *See* TEX.R.APP.P. 10.3(a). The Court often rules on requests to supplement the record or to forward exhibits without waiting ten days because such requests are generally routine. In this case, the Court ruled on the motion prematurely, but we have considered Appellant's objections, the State's response, and Appellant's reply to the State's response. *See* TEX.R.APP.P. 10.3(b)("If a motion is determined prematurely,

1

any party adversely affected may request the court to reconsider the order."). Appellant asserts in her objection that the State is attempting to recreate a record that never existed, but the State has shown that the "Property and Evidence Voucher" was part of State's Exhibit 6. Therefore, it is appropriate for this documentary portion of State's Exhibit 6 to be forwarded to the Court for its consideration in resolving the issues presented on appeal. *See* TEX.R.APP.P. 34.6(g)(2). Appellant's objections to the January 25, 2019 order are overruled.

IT IS SO ORDERED this 20th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.